UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                Plaintiff,

-against-

ANTOJITOS DEL MANGU 3RD AVE RESTAURANT CORP., a New York corporation, d/b/a ANTOJITOS DEL MANGU, and JEFFERSON/3531 LLC, a New York limited liability company,

                Defendants.

Case No. 1:25-cv-01648 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    Defendants' deadline to respond to Plaintiff's complaint was May 7, 2025. *See* Dkt. 8. Defendants did not answer or otherwise respond to the complaint. As a courtesy, the Court extended Defendants' deadline to May 23, 2025. Dkt. 11. Then, at Plaintiff's request, the Court further extended Defendants' response deadline to August 19, 2025. Dkts. 12, 13. That deadline was, for the third time, extended to September 2, 2025, and was, again, missed. Dkt. 15. Accordingly, the Court directed Plaintiff to file a status update with proposed next steps by September 12, 2025. Dkt. 16. At Plaintiff's request, the Court granted a final extension of Defendants' response deadline to October 31, 2025—with a warning that failure to appear could result in the granting of default judgment. Dkt. 18. To date, Defendants have not responded to the complaint or otherwise communicated with the Court.

    Thus, it is hereby ORDERED that Plaintiff shall file a motion for default judgment, if any, by **November 19, 2025**.

Dated: November 5, 2025
         New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge