UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

      -against-

ANTOJITOS DEL MANGU 3RD AVE
RESTAURANT CORP., a New York
corporation, d/b/a/ ANTOJITOS DEL
MANGU, and JEFFERSON/3531 LLC,

                Defendants.

Case No. 1:25-cv-01648 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 23, 2025, the Court dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to prosecute his case. Dkt. 28. That same day, Plaintiff filed belated proposed Clerk's certificates of default. Dks. 24, 26.

"Where an action is dismissed for want of prosecution pursuant to Rule 41(b), Rule 60(b) allows it to be reopened under certain, enumerated circumstances." *Bautista v. TAP Air Port.*, No. 24-cv-00503 (JLR), 2025 WL 1224799, at *2 (S.D.N.Y. Apr. 28, 2025) (citing *Cobos v. Adelphi Univ.*, 179 F.R.D. 381, 385 (E.D.N.Y. 1998)). In light of Plaintiff's belated compliance with the Court's November 19, 2025 order, Dkt. 23, the Court would entertain such a motion from Plaintiff if it were filed.

Dated: December 30, 2025
       New York, New York

                                SO ORDERED.

                                _____
                                JENNIFER L. ROCHON
                                United States District Judge